Application **GRANTED**. The initial pretrial conference scheduled for May 1, 2024, is adjourned to **May 22, 2024, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333. The deadline for the parties to file the joint letter and proposed case management plan is extended to **May 15, 2024**. If Defendants fail to appear by May 15, 2024, Plaintiff shall file a letter proposing a date by which to file default judgment papers.

Dated: April 24, 2024
      New York, New York

                                      LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE

      *Re:*    *Alexander Gomez vs. 420-428 Amsterdam LLC, et al.*
      *Civil Action No.: 1:24-cv-01878-LGS*
      *Motion to Adjourn Conference - In RE: The Court's March 14, 2024 Order [DE#7]*

Dear Honorable District Judge Schofield,

      We represent Plaintiff in the above-styled action.

      Pursuant to the Court's March 14, 2024 Order [DE#7], the Parties are required to participate in the May 1, 2024 Initial Conference. Further, as directed by the Court, the Plaintiff has served this Court Order directly upon the Defendants at their designated service addresses as recorded by the New York Department of State, and the Summons were served upon the Secretary of State on March 19, 2024, [see DE#9-10].

      Thereon, the aforementioned forms the grounds to adjourn the initial conference, and the Plaintiff further requests permission to pursue Clerk Certificates of Default against the Defendants in the coming week(s) if the continue to fail to appear or defend in this civil action for violations pursuant to Title III of the ADA, given the multiple forms of service made on the Defendants and their time to answer the Complaint was April 9, 2024.

      Thank you for your time in considering this request.
                                          Most Respectfully,
                                          BARDUCCI LAW FIRM
                                          _/s/ Maria Costanza Barducci____
                                          PLLC

                                          Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only