UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER GOMEZ,

                              Plaintiff,

    v.

420-428 AMSTERDAM, LLC and
STEAM RICE ROLL INC,

                              Defendants.

Case No.: 1:24-cv-01878-LGS

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the Jonathan Cohen, Esq. of **Kishner Miller Himes, P.C.** hereby appears on behalf of Defendant 420-428 AMSTERDAM, LLC in the above-captioned action. All papers in this matter should be served upon the undersigned.

Dated: New York, New York
         May 1, 2024

**KISHNER, MILLER, HIMES, P.C.**

By:   */s/ Jonathan Cohen*
Jonathan Cohen, Esq.
40 Fulton Street, 12th Floor
New York, New York 10038
jcohen@kishnerlegal.com
Tel: (212) 585-3425
Fax: (888) 332-5658
*Counsel for Defendant*
*420-428 AMSTERDAM, LLC*