

40 Fulton Street, 12th Floor
New York, New York 10038
Tel.: (212) 585-3425
Fax: (888) 332-5658
www.kishnerlegal.com

May 3, 2024

<u>**VIA ECF**</u>

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Gomez v. 420-428 Amsterdam LLC and Steam Rice Roll, Inc.*
                <u>Case No. 1:24-cv-01878 -LGS</u>

Dear Judge Schofield:

      This law firm represents Defendant 420-428 Amsterdam LLC ("420 Amsterdam") in the above captioned action. On behalf of 420 Amsterdam, I write to respectfully request an extension of time to respond to the Complaint through Tuesday, June 4, 2024.

      420 Amsterdam's time to respond to the Complaint was set for April 9, 2024 and I filed my notice of appearance on May 1, 2024. This is 420 Amsterdam's first request for an extension and Plaintiff's counsel consents to this request. The requested extension will give the parties an opportunity to explore a potential settlement of this action. To that affect, I have already spoken with Plaintiff's counsel wherein I requested a settlement demand to resolve this action.

      Accordingly, 420 Amsterdam respectfully requests an extension of time to respond to the Complaint through Tuesday, June 4, 2024.

      I thank Your Honor for your time and consideration to this request.

                                                Respectfully submitted,
                                                <u>/s/ Jonathan Cohen, Esq.</u>

Cc: Counsel of Record via ECF