The initial pretrial conference scheduled for May 22, 2024, is adjourned to **July 3, 2024, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.  The deadline for the parties to file the joint letter and proposed case management plan is extended to **June 26, 2024**. Defendants 420-428 Amsterdam LLC and Steam Rice Roll, Inc. shall answer or otherwise respond to the Complaint by **June 26, 2024**.  So Ordered.

Dated: May 15, 2024
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:**   Alexander Gomez v. 420-428 Amsterdam, LLC
          and Steam Rice Roll Inc., 24-cv-1878(LGS)

Dear Judge Schofield,

This firm has just been retained today to represent Defendant Steam Rice Roll, Inc. in the above-referenced ADA accessibility case. In the interest of saving litigation costs and expenses and judicial resources, we write jointly with counsel for all parties to respectfully request a forty-five (45) day extension on all applicable deadlines and a forty-five (45) day adjournment of all court conferences in order to provide us time to investigate the facts of this matter and to try to reach an early settlement with Plaintiff. Our request is inclusive of seeking an extension of time to submit the proposed case management plan that is currently due on May 15, 2024, an adjournment of the Initial Court conference currently scheduled for May 22, 2024 and an extension of time to Defendant 420-428 Amsterdam, LLC's June 4, 2024 deadline to Answer.

Should the Court deny the above request, then we would respectfully seek to have through and until June 4, 2024 to Answer or otherwise move against Plaintiff's Complaint.

This is Defendant Steam Rice Roll, Inc.'s first request for an extension or adjournment. Plaintiff has previously requested an adjournment of the Initial Court Conference on April 23, 2024, which was granted. (ECF Dkt. Nos. 11 and12) Defendant 420-428 Amsterdam, LLC has previously requested for an extension of time to answer on May 3, 2024, which was also granted. (ECF Dkt. Nos. 13 and 14)

We thank the Court for its attention to this matter.

Respectfully Submitted,
/s
William Li
Counsel for Defendant Steam Rice Roll, Inc.

/s_____
Maria Costanza Barducci
Counsel for Plaintiff Alexander Gomez

/s_____
Jonathan Cohen
Counsel for Defendant 420-428 Amsterdam,
LLC

Cc:    Counsel for all parties (via ECF)