The initial pretrial conference scheduled for July 3, 2024, is adjourned to **August 7, 2024, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333. The deadline for the parties to file the joint letter and proposed case management plan is extended to **July 31, 2024.** Defendants 420-428 Amsterdam LLC and Steam Rice Roll, Inc. shall answer or otherwise respond to the Complaint by **July 31, 2024.** So Ordered.

Dated: June 25, 2024
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

    Re:    Alexander Gomez v. 420-428 Amsterdam, LLC
             and Steam Rice Roll Inc., 24-cv-1878(LGS)

Dear Judge Schofield,

      This firm represents Defendant Steam Rice Roll, Inc. in the above-referenced ADA accessibility case. We write jointly with counsel for Plaintiff and Co-Defendant 420-428 Amsterdam, LLC to respectfully request a thirty (30) day extension of time for all Defendants to Answer or otherwise move against Plaintiff's Complaint and for the parties to submit a Proposed Case Management Plan from June 26, 2024 to July 26, 2024. The parties furthermore respectfully request to adjourn the Initial Rule 26 Conference currently scheduled for July 3, 2024 for thirty (30) days to August 2, 2024.

      The reason for this request is to provide the parties additional time to try to continue to negotiate for a settlement in this matter in order to save litigation costs and expenses and judicial resources.

      This is Defendant Steam Rice Roll, Inc.'s second joint request with all parties for an extension of time to Answer and to submit a Proposed Case Management. Our first joint request was granted by the Court. (ECF Dkt. Nos. 17 and 18) Plaintiff has previously requested an adjournment of the Initial Court Conference on April 23, 2024, which was granted. (ECF Dkt. Nos. 11 and12) Defendant 420-428 Amsterdam, LLC has previously requested for an extension of time to answer on May 3, 2024, which was also granted. (ECF Dkt. Nos. 13 and 14)

      We thank the Court for its attention to this matter.

                                        Respectfully Submitted,
                                        /s
                                        William Li
                                        Counsel for Defendant Steam Rice Roll, Inc.

                                        /s_____
                                        Maria Costanza Barducci
                                        Counsel for Plaintiff Alexander Gomez

/s_____
Jonathan Cohen
Counsel for Defendant 420-428 Amsterdam, LLC