UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
ALEXANDER GOMEZ,

         Plaintiff,

    -against-

420-428 AMSTERDAM, LLC AND STEAM RICE ROLL INC.,

         Defendants.
------------------------------------------------------------ X:

**24-cv-1878(LGS)**

**DEFENDANT STEAM RICE ROLL, INC.'S RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant 420-428 Amsterdam, LLC, by and through its undersigned attorney, William K. Li, Law, PLLC certifies that:

1) It has no parent corporation; and

2) No publicly-held corporation owns 10% or more of its stocks.

Dated: July 31, 2024
       New York, New York

                                       WILLIAM K LI LAW, PLLC

                                       William Li
                                       535 Fifth Avenue, 4th Floor
                                       New York, New York 10017
                                       Tel: (212) 380-8198
                                       wli@wlilaw.com